CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RAo
MAY 01 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **SHAUN L. HENDERSON,** ) | | |
| Plaintiff, ) | Civil Action No. 7:08cv00303 | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| **UNKNOWN,** ) | By: Hon. Jackson L. Kiser | |
| Defendant. ) | Senior United States District Judge | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's complaint shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(g); plaintiff's request to proceed <u>in forma pauperis</u> is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of May, 2008.

Senior United States District Judge