CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 30 2008
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHAWN L. HENDERSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08cv00303 |
| | ) | |
| v. | ) | ORDER and |
| | ) | PRE-FILING INJUNCTION |
| | ) | |
| UNKNOWN, | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED AND ORDERED** as follows:

1. A **pre-filing injunction** shall be **ISSUED** against plaintiff.

2. The Clerk of the Court is **DIRECTED** to refuse and not docket any new filings submitted by plaintiff without obtaining leave by the court.

3. The court will grant leave to plaintiff to submit properly filed pleadings that meet the following requirements: (i) in a civil rights action, he either pre-pays the filing fee or demonstrates that he is under imminent danger of serious physical harm; (ii) demonstrates that the court has jurisdiction to hear his claims; (iii) in any action, states claims that are not frivolous. The court will discard, without responding, any submission that does not meet these requirements.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 30th day of June, 2008.

                                               /s/ Jackson L. Kiser
                                             Senior United States District Judge